UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
JOE HAND PROMOTIONS, INC.,
as Broadcast Licensee of the June 11, 2005
TYSON/MCBRIDE Program,

                    Plaintiff,

     -against-

EL NORTENO RESTAURANT CORP. d/b/a
EL NORTENO RESTAURANT,

                    Defendant.
----------------------------------------------------------X

**ORDER**

06 CV 1878 (RJD) (JMA)

BLOCK, District Judge.

     The Report and Recommendation of Magistrate Judge Azrack, dated September 11, 2007, is adopted without objection and without qualification. The Clerk of the Court is directed to enter judgment in accordance with Magistrate Judge Azrack's Report and Recommendation.

SO ORDERED.

Dated: Brooklyn, New York
       September 27, 2007

                                           s/ Judge Frederic Block
                                           FREDERIC BLOCK
                                           United States District Judge